# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANCASTER COUNTY** | : | **CIVIL ACTION** |
| **INVESTORS COMPANY et al,** | : | |
| *Plaintiffs,* | : | |
| **v.** | : | **NO. 18-1609** |
| | : | |
| **COMMUNITY HEALTH** | : | |
| **SYSTEMS, INC. et al,** | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 28th day of January 2019, upon consideration of Plaintiffs' Motion for Remand and Attorney Fees (ECF Nos. 11 & 14), Defendants' Response in Opposition to Plaintiffs' Motion for Remand (ECF No. 20), Community Health Systems, Inc.'s Brief in Opposition to Plaintiffs' Motion for Remand (ECF No. 21), Plaintiffs' Reply (ECF No. 22), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Remand and Attorney Fees (ECF Nos. 11 & 14) is **GRANTED in PART and DENIED in PART**. It is **ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Lancaster County for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The clerk shall close this case.

BY THE COURT:

_____
CHAD F. KENNEY, J.